IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GARY HARRISON,**

    **Petitioner,**

v.                                            Case No. 3:18cv2100-RV/CAS

**MARK S. INCH, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**
                                   /

## **ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated April 4, 2019 (ECF No. 14), to deny the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 1). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). The petitioner has filed an objection (ECF No. 19), which I have considered de novo.

Having considered the Report and Recommendation, and the petitioner's objection thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus (ECF No. 1) is **DENIED**. Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** on this 10th day of May, 2019.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**